**FILED**

OCT - 1 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
CHICAGO MANAGEMENT CONSULTING ) Case No. 12 B 18139
GROUP, INC., )
)
) Chapter 7
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF DANIEL J. NICKEL, ATTORNEY FOR TRUSTEE, FOR ALLOWANCE OF SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $22,446.00 | TOTAL COSTS REQUESTED: | $956.20 |
| TOTAL FEES REDUCED: | $407.20 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $22,038.80 | TOTAL COSTS ALLOWED: | $956.20 |

**TOTAL FEES AND COSTS ALLOWED: $22,995.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1) Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(14)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: October 1, 2014.

Eugene R. Wedoff
United States Bankruptcy Judge

Fox, Horace - Claims

Page     18

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2014 | Proofread complaint regarding the Raleigh Hotel | 0.50<br>$230.00/hr<br>Daniel J. Nickel | 115.00 |
|  | Teleconference with J. Madrigal regarding Kimpton Hotels claim | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
|  | Teleconference with clerks office regarding e-filing issues and trustee manual payment | 0.30 NO CHARGE<br>$230.00/hr<br>Daniel J. Nickel |  |
|  | Call to and memo to Brilla regarding Raleigh Hotel claim | 0.30<br>$230.00/hr<br>Daniel J. Nickel | 69.00 |
|  | E-file complaint and exhibits regarding the Raleigh Hotel | 0.50 NO CHARGE<br>$230.00/hr<br>Daniel J. Nickel |  |
|  | Prepared and sent status memo to Trustee regarding recent claims settled for 30k and 6 suits filed for 300k | 1.00<br>$230.00/hr<br>Daniel J. Nickel | 230.00 |
|  | Draft allegations regarding DT&C as successor to Delaware Cars and Limos | 0.70 NO CHARGE<br>$230.00/hr<br>Daniel J. Nickel |  |
|  | E-file 15 exhibits for complaint and relate back to | 0.50 NO CHARGE<br>$230.00/hr<br>Daniel J. Nickel |  |
|  | Teleconference with E Erelise regarding Amazon claim | 0.10<br>$230.00/hr<br>Daniel J. Nickel | 23.00 |
| 5/5/2014 | (4) 2 teleconferences with court clerk Arman Castro to prevent D. Nickel from ECM filings and teleconference with Trustee to confirm his timely payment for 6 adversary cases | 0.40<br>$230.00/hr<br>Daniel J. Nickel | 92.00<br>-9.20 |
| 5/6/2014 | Teleconference with D. Gonzalez regarding complaint against Brilla and memo to file regarding same | 0.30<br>$230.00/hr<br>Daniel J. Nickel | 69.00 |
|  | Memo to trustee regarding settlement offer regarding Brilla | 0.10<br>$230.00/hr<br>Daniel J. Nickel | 23.00 |
| 5/7/2014 | Mailed complaint with summary to C. Bahu and Global Health Enterprises by priority mail at post office | 0.50 NO CHARGE<br>$230.00/hr<br>Daniel J. Nickel |  |

-9.20

Fox, Horace - Claims

Page    20

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 5/16/2014 | Reviewed F. Novak's Schwab account and supervise C. Golko regarding same | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
|  | ①⑭ Bill on C.Golko time- pick up check for Secretary of State records regarding Regus/Bahu at Trustee's office | 0.30<br>$230.00/hr<br>Daniel J. Nickel | ~~69.00~~ 16.00<br>-53.00 |
|  | Email with E. Goldman regarding debtor's laptop records/outlook emails | 0.20<br>$80.00/hr<br>Caroline Golko | 16.00 |
|  | Drafted letter to Fidelity regarding their response letter to the document subpoena, mailed letter | 0.30<br>$80.00/hr<br>Caroline Golko | 24.00 |
|  | Drafted and mailed letter to Charter One/RBS Citizens regarding correspondence received | 0.50<br>$80.00/hr<br>Caroline Golko | 40.00 |
|  | Reviewed 4 years worth of documentation sent from Charles Schwab regarding Novak accounts | 1.00<br>$80.00/hr<br>Caroline Golko | 80.00 |
| 5/20/2014 | Phone call to E Liason regarding Amazon subpoena | 0.10<br>$230.00/hr<br>Daniel J. Nickel | 23.00 |
| 5/21/2014 | Communication with S. Boyd regarding TMobile settlement and W9; communication with Trustee regarding same | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
| 5/22/2014 | Teleconference with P. Streicker regarding DT&C claim and settlement offer | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
|  | Attention to settlement agreement with TMobile and send same to S. Boyd Esq. | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
| 5/27/2014 | Received letter from Fidelity Investments regarding document subpoena | 0.10<br>$80.00/hr<br>Caroline Golko | 8.00 |
|  | Searched through 4 years of checks written by F.Novak in order to find 3 checks to Citizens | 0.75<br>$80.00/hr<br>Caroline Golko | 60.00 |
|  | Made call to RBS Citizens subpoena consultant and discussed CMCG matter | 0.50<br>$80.00/hr<br>Caroline Golko | 40.00 |

-53.00

Fox, Horace - Hathaway

Page 4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/22/2014 | Supervise C Golko regarding her preparation of exhibits for complaint and review regarding the same | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
|  | Research defendants phone numbers and bills paid for debtor | 0.50<br>$230.00/hr<br>Daniel J. Nickel | 115.00 |
| 4/23/2014 | Conference with C. Golko regarding non cash transfers to defendant | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
| 4/28/2014 | Revise complaint and add allegation, insert data from exhibits | 4.00<br>$230.00/hr<br>Daniel J. Nickel | 920.00 |
| 5/1/2014 | Revise and finish complaint | 2.00<br>$230.00/hr<br>Daniel J. Nickel | 460.00 |
|  | Prepared 15 exhibits for complaint | 2.00<br>$230.00/hr<br>Daniel J. Nickel | 460.00 |
| *(12)* | E-file complaint and exhibits | 0.50<br>$230.00/hr<br>Daniel J. Nickel | 115.00<br>-115.00 |
|  | Teleconference with Bruce de'Medici regarding status of complaint | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
|  | Draft statement of E. Goldman regarding destruction of emails | 0.50<br>$230.00/hr<br>Daniel J. Nickel | 115.00 |
|  | Legal research regarding 2 year statute of limitations on 548 | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
| 5/7/2014 | Research addresses for service on defendant | 0.10<br>$230.00/hr<br>Daniel J. Nickel | 23.00 |
|  | Prepared complaint and summary for service by mail on defendant Hathaway and Studio OM | 0.50<br>$230.00/hr<br>Daniel J. Nickel | 115.00 |
| *(12)* | Mailed complaint with summary to J. Hathaway and Studio Om by priority mail at post office | 0.50<br>$230.00/hr<br>Daniel J. Nickel | 115.00<br>-115.00 |

-230.00

Daniel J. Nickel, P.C.
9 W Washington
Suite 414
Chicago, IL 60602


Invoice submitted to:
Lehman and Fox
6 East Monroe, Suite 1004
Chicago, IL 60603


**Fox, Horace - Bahu**

September 11, 2014

Period:  Dec 01, 2013  thru  May 31, 2014


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2014 | Drafted complaint and exhibits regarding C. Bahu | 2.00<br>$230.00/hr<br>Daniel J. Nickel | 460.00 |
| (12) | E-file complaint and exhibits regarding C. Bahu | 0.50<br>$230.00/hr<br>Daniel J. Nickel | 115.00<br>-115.00 |
| 5/7/2014 | Research addresses for service on C. Bahu | 0.10<br>$230.00/hr<br>Daniel J. Nickel | 23.00 |
| 5/12/2014 | Prepared certificate regarding service executed on C. Bahu | 0.20<br>$230.00/hr<br>Daniel J. Nickel | 46.00 |
| 5/15/2014 | Teleconference with Secretary of State regarding defendant's company corporate filings from 2008 and request same | 0.30<br>$230.00/hr<br>Daniel J. Nickel | 69.00 |
|  | Investigated Global Health Enterprises LLC and called Secretary of State in order to obtain all corporate filings | 0.50<br>$80.00/hr<br>Caroline Golko | 40.00 |
| 5/16/2014 | Completed paperwork for obtaining corporate filings for Global Health Enterprises | 0.50<br>$80.00/hr<br>Caroline Golko | 40.00 |

-115.00