IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| CHICAGO MANAGEMENT CONSULTING GROUP INC., | ) ) | Case No. 12-18139 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

## NOTICE OF MOTION

TO: See Attached List:

    PLEASE TAKE NOTICE that on **Thursday, September 15, 2022, at 9:00 a.m.** I will appear electronically before the Honorable Deborah L. Thorne or any judge sitting in her place and present the United States Trustee's **MOTION FOR ORDER SETTING STATUS CONFERENCE AND REQUIRING CHAPTER 7 TRUSTEE TO APPEAR**, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and passcode**. The meeting ID for this hearing is 160 9362 1728. No password is required. Additional information can be found on Judge Thorne's webpage on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    /s/ *Adam Brief*
    Adam Brief, Assistant U.S. Trustee
    OFFICE OF THE U.S. TRUSTEE
    219 S. Dearborn, Room 873
    Chicago, Illinois 60604
    (202) 503-7104

## CERTIFICATE OF SERVICE

I, Adam Brief, Assistant U.S. Trustee, certify that on September 7, 2022, I caused to be served copies of this **NOTICE OF MOTION and MOTION FOR ORDER SETTING STATUS CONFERENCE AND REQUIRING CHAPTER 7 TRUSTEE TO APPEAR** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and for all other entities listed on the service list, *via* First Class US Mail.

/s/ Adam Brief

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

Horace Fox, Jr.    foxhorace@aol.com; Horacefoxjunior@gmail.com

**Parties Served via First Class Mail:**

Horace Fox, Jr.
1319 West Hood Avenue
Chicago, IL  60660

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| CHICAGO MANAGEMENT CONSULTING GROUP INC. | ) ) | Case No. 12-18139 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**UNITED STATES TRUSTEE'S MOTION PURSUANT TO
11 U.S.C. § 105(d) FOR ORDER SETTING STATUS CONFERENCE
AND REQUIRING CHAPTER 7 TRUSTEE TO APPEAR**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order setting a status conference pursuant to Section 105(d) of the Bankruptcy Code and requiring Trustee Horace Fox to appear. In support of his motion, the U.S. Trustee respectfully states as follows:

**JURISDICTION**

1.  The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2.  Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

## BACKGROUND

3. On May 2, 2012, Chicago Management Consulting Group Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Thereafter, Horace Fox, Jr. (the "Trustee")[1] was appointed trustee with the duties under 11 U.S.C. § 704.

4. During the past few years, AUST Brief and Shirley Bayliff, the Regional Supervisory Auditor for Region 11 of the United States Trustee Program, have been in communication with the Trustee about the urgent need to take the necessary steps to bring this case to closure.

5. In April 2022, Trustee Fox submitted a draft of his Trustee's Final Report to the U.S. Trustee's Office for review. The U.S. Trustee has reviewed the report and has questions for Trustee Fox that must be addressed before it can be filed with the Bankruptcy Court.

6. In this case, Trustee Fox has not responded to the last six (6) emails for information regarding his draft report. Those emails date back to mid-June 2022. Unless and until Trustee Fox responds and addresses the open issues, the case cannot move forward toward closure. The Trustee's lack of communication with the U.S. Trustee's Office is not limited to this case.

## RELIEF REQUESTED

8. The U.S. Trustee requests entry of an order (i) setting a status conference before the Court with regard to the Trustee's timeline for addressing the issues related to his draft Trustee's Final Report; and (ii) requiring that the Trustee appear at the status conference.

---

[1] Horace Fox resigned from the panel of trustees for the Northern District of Illinois and is winding down his last few cases.

9. Under Section 105(d)(1), and upon the request of a party in interest, the Court "shall hold such status conferences as a necessary to further the expeditious and economical resolution of the case."  11 U.S.C. § 105(d)(1).

10. The Trustee has a statutory duty to "collect and reduce to money the property of the estate for which the trustee serves, and close such estate as expeditiously as is compatible with the best interests of the parties in interest."  11 U.S.C. § 704(a)(1).

11. The U.S. Trustee believes that a status conference before the Court will assist the parties in moving the case toward closure, given the age of the case and recent lack of communication from the Trustee.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter an order (i) setting a status conference before the Court; (ii) requiring that the Trustee appear at the status conference; and (iii) granting such further relief as is just and proper.

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: September 7, 2022

*/s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street
Chicago, IL  60604
(202) 503-7104